1  Marilyn Raia, SBN 072320
   E-mail: marilyn.raia@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Sompo Japan Insurance Inc.

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SOMPO JAPAN INSURANCE INC.,

    Plaintiff,

vs.

SEA TRADE INTERNATIONAL INC.,

    Defendant.

**CV 07 5848 EDL**

**ADMIRALTY MARITIME COMPLAINT FOR DAMAGE TO OCEAN CARGO**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

The complaint of the above-named plaintiff against the defendant respectfully alleges as follows:

1. This is an admiralty maritime action as hereinafter more fully appears and is within the Court's jurisdiction pursuant to 28 U.S.C. § 1333.

2. Plaintiff, Sompo Japan Insurance Inc. is now and at all times herein material was a corporation duly organized and existing by virtue of law and was the marine cargo insurer of the hereinafter described shipment.

3. On information and belief, Sompo alleges that defendant Sea Trade International Inc. is now and at all times herein material was a corporation engaged in business in the Northern District of California as, among other

— 1 —

|   |   |   |
|---|---|---|
| 1 |  | things, a non vessel operating common carrier of goods for hire, between |
| 2 |  | among others, Portland, OR and Tokyo, Japan. |
| 3 | 4. | On information and belief, Sompo alleges that on or about October 7, 2006 at |
| 4 |  | Portland, OR, defendant received a shipment of 11,193 cases of frozen |
| 5 |  | sardines in good order and condition for carriage on the vessel BREMEN |
| 6 |  | BRIDGE from Portland, OR to Tokyo, Japan and defendant agreed as a |
| 7 |  | common carrier and in consideration for freight, to transport said shipment |
| 8 |  | from Portland, OR to Tokyo, Japan and to deliver the same there is like good |
| 9 |  | order and condition as when received, to the holder of bills of lading |
| 10 |  | PORTOK027837 and others issued by and on behalf of defendant. |
| 11 | 5. | Thereafter, the vessel BREMEN BRIDGE with said shipment on board |
| 12 |  | proceeded to Tokyo, Japan where said shipment was discharged and delivered |
| 13 |  | to the holder of bills of lading PORTOK027837 and the others issued by and |
| 14 |  | on behalf of defendant but defendant failed to deliver said shipment in the |
| 15 |  | same good order and condition as when received. On the contrary and in |
| 16 |  | breach of the contract of carriage, defendant delivered said shipment in a |
| 17 |  | thawed, stained, discolored, dried, smelly and otherwise damaged condition |
| 18 |  | whereby said shipment was depreciated in value in the amount of ¥8,567,868 |
| 19 |  | or approximately US$ 77,000.00. |
| 20 | 6. | Prior to the shipment of the herein described cargo and prior to any loss or |
| 21 |  | damage thereto, Sompo issued its policy of marine cargo insurance whereby |
| 22 |  | Sompo agreed to indemnify the owner of said cargo and its assigns against |
| 23 |  | loss of or damage to said shipment while in transit, and Sompo has paid to the |
| 24 |  | person entitled to payment under said policy the sum of ¥ 8,567,868 |
| 25 |  | (approximately $US 77,000.00) on account of the herein described loss and |
| 26 |  | damage and is now subrogated to all rights, claims and causes of action |
| 27 |  | against defendant for said loss and damage. |
| 28 |  |  |

7.  By reason of the premises, Sompo has been damaged in the amount of ¥8,567,868 (approximately $US 77,000.00), no part of which has been paid despite demand therefore.

8.  All and singular, the premises are true and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, Sompo prays:

1.  That process in due form of law and according to the practice of this Honorable Court in cases of admiralty and maritime jurisdiction may issue;

2.  That Sompo have judgment against defendant for its damages in the amount of ¥8,567,868 (approximately US$ 77,000.00) together with prejudgment interest thereon from October 18, 2006 and costs of suit;

3.  That Sompo have such other and further relief in the premises as in law and justice they may be entitled to recover.

DATED: November 16, 2007

BULLIVANT HOUSER BAILEY PC

By _____
   Marilyn Raia

Attorneys for Sompo Japan Insurance Inc.

6089658.1

- 3 -