| | |
|---|---|
| 1 | Marilyn Raia, SBN 072320 |
| 2 | BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108 |
| 3 | Telephone: 415.352.2700<br>Facsimile: 415.352.2701 |
| 4 | |
| 5 | Attorneys for Sompo Japan Insurance Inc. |

FILED
07 NOV 19 PM 1:26

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CV 07    5848    EDL**

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC., | |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| SEA TRADE INTERNATIONAL INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other then the named parties, there is no such interest to report.

DATED: November 16, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia

Attorneys for Sompo Japan Insurance Inc.

6089668.1

– 1 –

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS