| Attorney or Party without Attorney:<br>Marilyn Raia, Esq., Bar #072320<br>Bullivant Houser Bailey, PC<br>601 California Street, Suite 1800<br>San Francisco, CA 94108<br>Telephone No: 415-352-2700    FAX No: 415-352-2701 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: Sompo Japan Insurance Inc.<br>Defendant: Sea Trade International Inc. | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV07-5848 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re Case Management Conference; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank); U.S. District Court, San Francisco Guidelines; Drop Box Filing Procedures; Ecf Registration Information Handout

3. a. Party served:                Sea Trade International Inc.
   b. Person served:              Becky DeGeorge, Person Authorized to Accept Service of Process

4. Address where the party was served:    CSC Lawyers Incorporating Systems
                                          2730 Gateway Oaks Drive, Suite 100
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 28, 2007 (2) at: 12:18PM

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Stephanie L. Nelson                                      d. *The Fee for Service was:*    $38.50

   **Unlimited Attorney Services, LLC.**
   1023 "H" Street, Suite A
   Sacramento, CA 95814
   Office 916-441-3100   Fax 916-441-3700
   Stephanie@UnlimitedAS.com

   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:     2005-16
      (iii) County:               Sacramento
      (iv)  Expiration Date:      Fri, Apr. 17, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Dec. 31, 2007

                                                                          (Stephanie L. Nelson)

Judicial Council Form                        PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007       Summons in a Civil Case                         marai.2990

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

SOMPO JAPAN INSURANCE INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: _____

V.

SEA TRADE INTERNATIONAL INC.

**CV 07 5848**

**EDL**

TO: (Name and address of defendant)
Sea Trade International Inc.
c/o Cameron W. Roberts
Roberts & Kehagiaras LLP
5777 West Century Blvd., Ste. 1410
Los Angeles, CA 90045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Marilyn Raia, SBN 072320
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108

Tel: 415-352-2700; Fax: 415-352-2701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK Helen L. Almacen

DATE NOV 1 9 2007

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:


☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐  Returned unexecuted:


☐  Other *(specify):*


## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                         Date                                           *Signature of Server*

                                                                         _____
                                                                         *Address of Server*


(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com