**United States District Court**
For the Northern District of California

1
2
3
4                              UNITED STATES DISTRICT COURT
5                             NORTHERN DISTRICT OF CALIFORNIA
6
7
8   SOMPO JAPAN INSURANCE, INC.,
              Plaintiff,                              No. C 07-05848 EDL
9
       v.                                             CLERK'S NOTICE
10
    SEA TRADE INTERNATIONAL, et al.,
11
              Defendants.
12  _____/
13
          TO ALL PARTIES AND COUNSEL OF RECORD:
14
    YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for 10:00 a.m. on
15
    February 26, 2008, has been **reset to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th
16
    Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no
17
    later than February 19, 2008.
18
19
    Dated:  February 19, 2008
20                                                    FOR THE COURT,
                                                      Richard W. Wieking, Clerk
21
22
                                                by:  _____
23                                                    Lili M. Harrell
                                                      Courtroom Deputy
24
25
26
27
28