Marilyn Raia, SBN 072320
E-mail: marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Sompo Japan Insurance Inc.

Andrew D. Kehagiaras, SBN 207767
Roberts & Kehagiaras LLP
5777 West Century Boulevard, Suite 1410
Los Angeles, CA 90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for Defendant and Third-Party Plaintiff
Sea Trade International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEA TRADE INTERNATIONAL INC., <br><br> Defendant. | Case No.: CV 07 5848 EDL <br><br> **JOINT RULE 26 REPORT** <br><br> Date: February 26, 2008 <br> Time: 3:00 PM <br> Place: Courtroom E |

Plaintiff and defendant jointly submit the following Rule 26(f) report:

1. **Changes in timing for disclosures**

None needed although cross-defendants have not appeared yet.

2. **Subject for discovery**

Discovery will be needed on the subject of the records of the temperature at which the shipment was held during transportation and after arrival at destination. Informal requests have been made for the temperature records from the actual carrier, cross-defendant, Cosco Container Lines but it may be necessary to propound formal requests if the temperature records are not forthcoming on an informal basis.

6093211.1

– 1 –

JOINT RULE 26 REPORT

Discovery will also be needed on the subject of which railroad carried the shipment. Although Union Pacific was originally thought to have been the rail carrier, information that has been informally developed has suggested that a different rail carrier may have been involved. If additional information on this subject is not forthcoming within the next few days, formal discovery will be propounded on this subject as soon as possible so that the proper parties are before the court at the earliest possible time.

The current parties to the action, in anticipation of the entry of the third-party defendants, propose a written discovery and non-expert deposition cut-off of September 30, 2008. The parties propose to disclose experts according to Rule 26(a)(2)(C) and further propose an expert deposition cut-off thirty days before the trial date.

**3.  Electronic discovery issues**

It is believed that the temperature records for the containers in which the shipment was carried are electronically stored and need to retrieved and preserved. An informal request has been made for those records with Cosco's claims adjuster.

**4.  Claims of privilege**

None known at this time although the cross-defendants have not appeared yet.

**5.  Changes in discovery**

None known at this time although the cross-defendants have not appeared yet.

**6.  Other orders**

None needed at this time although the cross-defendants have not appeared yet.

DATED: February 19, 2008           BULLIVANT HOUSER BAILEY PC

                                   By _/s/ Marilyn Raia_
                                      Marilyn Raia

                                   Attorneys for Plaintiff Sompo Japan Insurance Inc.

DATED: February 19, 2008           ROBERTS & KEHAGIARAS LLP

                                   By _/s/ Andrew Kehagiaras/MR_
                                      Andrew D. Kehagiaras

                                   Attorneys for Defendant Sea Trade International, Inc.