1  **ROBERTS & KEHAGIARAS LLP**
   CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
2  cwr@tradeandcargo.com
   ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
3  adk@tradeandcargo.com
   5777 West Century Boulevard, Suite 1410
4  Los Angeles, CA  90045
   Telephone: (310) 642-9800
5  Facsimile: (310) 868-2923

6  Attorneys for defendant and third-party plaintiff
   SEA TRADE INTERNATIONAL, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11 | SOMPO JAPAN INSURANCE, INC., | ) **Case No. CV 07 5848 EDL** |
12 |         Plaintiff, | ) **SEA TRADE INTERNATIONAL, INC.'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |
13 |     vs. | |
14 | SEA TRADE INTERNATIONAL, INC., | ) [L.R. 16-10] |
15 |         Defendant. | |
16 | SEA TRADE INTERNATIONAL, INC., | |
17 |         Third-Party Plaintiff, | |
18 |     vs. | |
19 | COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; UNION PACIFIC RAILROAD COMPANY; and ROES 1 through 10, inclusive, | |
20 |         Third-Party Defendants. | |

(Left margin: **ROBERTS & KEHAGIARAS LLP**  www.tradeandcargo.com)

---

1

Z:\Sea Trade\Bremen Bridge\Request Re Tel Appearance.doc        REQUEST TO APPEAR BY TELEPHONE

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade"), under Local Rule 16-10, respectfully requests the Court's permission to appear by telephone at the Initial Case Management Conference of February 26, 2008. Sea Trade's undersigned counsel's office is in Los Angeles and he wishes to avoid the costs of attending the aforementioned conference in San Francisco.

Dated: February 19, 2008        **ROBERTS & KEHAGIARAS LLP**


                    By: _____
                        Andrew D. Kehagiaras
                        Attorneys for defendant
                        and third-party plaintiff
                        SEA TRADE INTERNATIONAL, INC.