**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INSURANCE,                     No. C-07-05848 EDL

      Plaintiff,                     **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

  v.

SEA TRADE INTERNATIONAL INC,

      Defendant.
_____/

     On February 19, 2008, Defendant's counsel requested to appear by telephone at the initial Case Management Conference on February 26, 2008.  Good cause appearing, counsel's request is granted.  Counsel shall contact the Court's courtroom deputy at 415-522-3694 no later than February 25, 2008 with a number for the Court to call on February 26, 2008.  Counsel shall remain available by telephone beginning at 3:00 p.m. until called by the Court.

     **IT IS SO ORDERED.**

Dated: February 21, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge