Leslie G. McMurray, Esq., S.B. No. 156263
LAW OFFICES OF LESLIE G. MURRAY
12520 Magnolia Blvd., Suite 206
Valley Village, CA 91607-3446
(818) 505-9902; (818) 505-1366 [Fax]
lmcmurray@mcmurray-law.com

Raymond J. Hasiak, Neb. S.B. No. 16462
1400 Douglas Street, Stop 1580
Omaha, NE 68179
(402) 544-3052
RJHasiak@up.com
Counsel for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br> Plaintiff, <br> vs. <br> SEA TRADE INTERNATIONAL, INC., <br> Defendant. <br><br> SEA TRADE INTERNATIONAL, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC; UNION PACIFIC RAILROAD COMPANY, and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | Case No. 07 CV 5848 EDL <br><br> [Assigned to Honorable Elizabeth D. Laporte] <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

1

CERTIF. OF INTERESTED PARTIES

| | |
|---|---|
| 1 | COMES NOW, THIRD PARTY Defendant, Union Pacific Railroad Company (hereinafter "UP") and for its Certificate of Interested Parties states as follows. The following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal. UNION PACIFIC CORPORATION owns 62.6% of the stock of UNION PACIFIC RAILROAD COMPANY. SOUTHERN PACIFIC RAIL CORPORATION owns 37.4% of the stock of UNION PACIFIC RAILROAD COMPANY, SOUTHERN PACIFIC RAIL CORPORATION is wholly owned by UNION PACIFIC CORPORATION. The UNION PACIFIC CORPORATION is publically traded. Other parties identified in the pleadings to date which presumably have some interest in the outcome of the case are Sompo Japan Insurance, Inc., Sea Trade International, Inc., Cosco Container Lines Co., Ltd., Cosco Container Lines Americas, Inc., Cosco Logistics (Americas) Inc., and Intermodal Bridge Transport, Inc. |

Dated: Feb. 20, 2008            BY: _____
                                Leslie G. McMurray, Esq.
                                LAW OFFICES OF LESLIE G. MURRAY
                                12650 Magnolia Blvd., Suite 206
                                Valley Village, CA 91607-3446
                                (818) 505-9902
                                Attorney for Defendant

2
CERTIF. OF INTERESTED PARTIES

and

Raymond J. Hasiak #16462
1400 Douglas Street, Stop 1580
Omaha, NE 68179
(402) 544-3052
Attorney for Defendant

3

CERTIF. OF INTERESTED PARTIES