Leslie G. McMurray, Esq., S.B. No. 156263
LAW OFFICES OF LESLIE G. MURRAY
12520 Magnolia Blvd., Suite 206
Valley Village, CA 91607-3446
(818) 505-9902; (818) 505-1366 [Fax]
lmcmurray@mcmurray-law.com

Raymond J. Hasiak, Neb. S.B. No. 16462
1400 Douglas Street, Stop 1580
Omaha, NE 68179
(402) 544-3052
RJHasiak@up.com
Counsel for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br> Plaintiff, <br> vs. <br> SEA TRADE INTERNATIONAL, INC., <br> Defendant. <br><br> SEA TRADE INTERNATIONAL, INC., <br><br> Third-Party Plaintiff, <br> vs. <br> COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC; UNION PACIFIC RAILROAD COMPANY, and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | Case No. 07 CV 5848 EDL <br><br> [Assigned to Honorable Elizabeth D. Laporte] <br><br> **REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **[LR 16-10]** |

1

REQUEST TO APPEAR TELEPHONICALLY

TO THE HONORABLE COURT AND COUNSEL OF RECORD:

Third Party Defendant Union Pacific Railroad Company (hereinafter "UP") hereby requests, pursuant to Local Rule 16-10, leave to appear telephonically at the Initial Case Management Conference in the above referenced case which is set for February 26, 2008 at 3:00 p.m. UP's undersigned counsel's office is in Los Angeles and she wishes to avoid the costs of attending the aforementioned conference in San Francisco.

Dated: Feb. 22, 2008        BY: _____
                            Leslie G. McMurray, Esq.
                            LAW OFFICES OF LESLIE G. MURRAY
                            12650 Magnolia Blvd., Suite 206
                            Valley Village, CA 91607-3446
                            (818) 505-9902
                            Attorney for Defendant

                            and

                            Raymond J. Hasiak #16462
                            1400 Douglas Street, Stop 1580
                            Omaha, NE 68179
                            (402) 544-3052
                            Attorney for Defendant

2

REQUEST TO APPEAR TELEPHONICALLY