UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br> Plaintiff, <br><br> vs. <br><br><br> SEA TRADE INTERNATIONAL, INC., <br> Defendant. <br><br> And related third party action. | Case No. 07 CV 5848 EDL <br><br> [Assigned to Hon. Elizabeth D. Laporte] <br><br> **ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APEAR BY TELEPHONE** <br><br> [LR 16-10] |

On February 22, 2008, counsel for Third Party Defendant Union Pacific Railroad Company (hereinafter "UP") requested to appear by telephone at the Initial Case Management Conference. Good cause appearing, counsel's request is

1

granted. Counsel shall contact the Court's courtroom deputy at 415-522-3694 no later than February 25, 2008 with a number for the Court to call on February 26, 2008. Counsel shall remain available by telephone beginning at 3:00 p.m. until called by the Court.

**IT IS SO ORDERED.**

Dated: Feb. 25, 2008        BY: _____*Elizabeth D. Laporte*_____
                            HONORABLE ELIZABETH D. LAPORTE
                            United States Magistrate Judge