AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 31, 2008, 11:00 a.m. |
| Name of SERVER (PRINT)<br>Eddie Luna | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

- ● Served personally upon the third-party defendant. Place where served: 2030 Main Street, #1030, Irvine, CA 92614

- ● Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ● Returned unexecuted:

- ● Other (specify): Served National Registered Agents, Inc., agent authorized to accept service of process, by leaving with Dena LaPorta, Process Clerk. Served on behalf of INTERMODAL BRIDGE TRANSPORT, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $39.50 | $39.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2008
            Date

Signature of Server  *Eddie Luna* (signature)
Now Legal Service
1301 W. 2nd Street, #206
Los Angeles, CA 90026
(213) 482-1567
Address of Server  Reg. Orange Cty. #PSC 1932

ALSO SERVED COMPLAINT; ECF REGISTRATION INFORMATION HANDBOOK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 31, 2008, 11:00 a.m. |
| Name of SERVER (PRINT) Eddie Luna | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

- ● Served personally upon the third-party defendant. Place where served: 2030 Main Street, #1030, Irvine, CA 92614

- ● Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

- ● Returned unexecuted:

- ● Other (specify): Served National Registered Agents, Inc., agent authorized to accept service of process, by leaving with Dena LaPorta, Process Clerk. Served on behalf of COSCO LOGISTICS (AMERICAS), INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $39.50 | $39.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 1, 2008
Date

Signature of Server *Eddie Luna*
Now Legal Service
1301 W. 2nd Street, #206
Los Angeles, CA 90026
Address of Server (213) 482-1567
Reg. Orange Cty. #PSC 1932

ALSO SERVED COMPLAINT; ECF REGISTRATION INFORMATION HANDBOOK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>January 31, 2008, 11:00 a.m. |
| Name of SERVER (PRINT)<br>Eddie Luna | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

- ● Served personally upon the third-party defendant. Place where served: 2030 Main Street, #1030, Irvine, CA 92614

- ● Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ● Returned unexecuted:

- ● Other (specify): Served National Registered Agents, Inc., agent authorized to accept service of process, by leaving with Dena LaPorta, Process Clerk. Served on behalf of COSCO CONTAINER LINES AMERICAS, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $39.50 | $39.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2008
             Date

Signature of Server  Now Legal Service
                     1301 W. 2nd Street, #206
Address of Server    Los Angeles, CA 90026
                     (213) 482-1567
                     Reg. Orange Cty. #PSC 1932

ALSO SERVED COMPLAINT; ECF REGISTRATION INFORMATION HANDBOOK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: January 31, 2008, 11:00 a.m.

Name of SERVER (PRINT): Eddie Luna

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the third-party defendant. Place where served: 2030 Main Street, #1030, Irvine, CA 92614

- ☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

- ☐ Other (specify): Served National Registered Agents, Inc., agent authorized to accept service of process, by leaving with Dena LaPorta, Process Clerk. Served on behalf of COSCO CONTAINER LINES, CO., LTD.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $39.50 | $39.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 1, 2008

Signature of Server: *Eddie Luna*

Address of Server: Now Legal Service
1301 W. 2nd Street, #206
Los Angeles, CA 90026
(213) 482-1567
Reg. Orange Cty. #PSC 1932

ALSO SERVED COMPLAINT; ECF REGISTRATION INFORMATION HANDBOOK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 30, 2008 12:15pm |
| NAME OF SERVER (PRINT) Marty Waltlers | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Union Pacific Railroad Company: W.H. Pohle agent for service of Process of Union Pacific Railroad - 10031 Foothills Blvd #200 Roseville CA 95747

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): documents served: Third Party Summons; Third Party Complaint; Order Setting Initial Case Management Conf.; ECF Registration Information Handout

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-30-08
Date      Signature of Server

Marty Walters
ASAD Legal, LLC
1100 Melody Ln. #218, Roseville CA 95678
Address of Server
Placer Co, #05-013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.