**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 26, 2008

Case No: **C-07-05848 EDL**

Case Name: **SOMPO JAPAN INSURANCE v. SEA TRADE INTERNATIONAL INC**

| | | |
|---|---|---|
| Attorneys: | Pltf: Marilyn Raia | Deft: Andy Kehagirars (Sea Trade) |
| | | Leslie McMurray (Union Pacific) |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 4:14pm - 4:26pm (Time: 12 min ) |

**PROCEEDINGS:**
   Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
   - Sea Trade shall dismiss Cosco Container Lines or, otherwise, Cosco shall file its
     response by 3/11/08.


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:** 4/29/08 at 10:00am for further case management conference. Updated
            joint case management statement due 4/22/08.

**Notes:**  Sea Trade shall identify the carrier for possible dismissal of Union Pacific.
      Parties previously stipulated to mediation with a completion deadline of 6/6/08.

cc: