JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
MARGARET A. DEGOOYER, CASB No. 234839
meg.degooyer@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Third-Party Defendant
COSCO CONTAINER LINES AMERICAS, INC.

CAMERON W. ROBERTS, CASB No. 176682
cwr@tradeandcargo.com
ANDREW D. KEHAGIARAS, CASB No. 207767
adk@tradeandcargo.com
ROBERTS & KEHAGIARAS LLP
5777 West Century Boulevard, Suite 1410
Los Angeles, California 90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for Defendant and Third-Party Plaintiff
SEA TRADE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEA TRADE INTERNATIONAL, INC., <br><br> Defendant. | ) Case No. C-07-05848 EDL <br> ) <br> ) **STIPULATION AND [P~~ROPOSED~~]** <br> ) **ORDER REGARDING EXTENSION OF** <br> ) **TIME TO RESPOND TO SEA TRADE** <br> ) **INTERNATIONAL, INC.'S THIRD-** <br> ) **PARTY COMPLAINT** <br> ) |

- 1 -

KYL_SF460507

| | |
|---|---|
| SEA TRADE INTERNATIONAL, INC., | ) |
| vs. | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; UNION PACIFIC RAILROAD COMPANY; and ROES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

WHEREAS Defendant and Third-Party Plaintiff Sea Trade International, Inc. ("Sea Trade") and Third-Party Defendant COSCO Container Lines Americas, Inc. ("COSCO") hereby stipulate and request as follows:

That COSCO receive an extension of time to and until April 10, 2008 to file and serve a response to Sea Trade's Third-Party Complaint, filed on or about January 17, 2008.

DATED: March 7, 2008

/s/ Margaret A. DeGooyer
JOHN D. GIFFIN
MARGARET A. DEGOOYER
KEESAL, YOUNG & LOGAN
Attorneys for Third-Party Defendant
COSCO Container Lines Americas, Inc.

DATED: March 7, 2008

/s/ Andrew D. Kehagiaras
ANDREW D. KEHAGIARAS
ROBERTS & KEHAGIARAS LLP
Attorneys for Defendants and Third-Party Plaintiff
SEA TRADE INTERNATIONAL, INC.

Good cause appearing, IT IS SO ORDERED.

DATED: March 10, 2008

Magistrate Judge Elizabeth D. Laporte