JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
MARGARET A. DEGOOYER, CASB No. 234839
meg.degooyer@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Third-Party Defendant
COSCO CONTAINER LINES AMERICAS, INC.

CAMERON W. ROBERTS, CASB No. 176682
cwr@tradeandcargo.com
ANDREW D. KEHAGIARAS, CASB No. 207767
adk@tradeandcargo.com
ROBERTS & KEHAGIARAS LLP
5777 West Century Boulevard, Suite 1410
Los Angeles, California 90045
Telephone:  (310) 642-9800
Facsimile:   (310) 868-2923

Attorneys for Defendant and Third-Party Plaintiff
SEA TRADE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>　　　vs. <br><br>SEA TRADE INTERNATIONAL, INC., <br><br>　　　　　　　　　Defendant. | Case No. C-07-05848 EDL <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO SEA TRADE INTERNATIONAL, INC.'S THIRD-PARTY COMPLAINT |

| | |
|---|---|
| 1  SEA TRADE INTERNATIONAL, INC., | ) |
| 2                    vs. | ) ) |
| 3                    Third-Party Plaintiff, | ) ) |
| 4  COSCO CONTAINER LINES CO., LTD.; | ) ) |
| 5  COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS | ) ) |
| 6  (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; UNION | ) ) |
| 7  PACIFIC RAILROAD COMPANY; and ROES 1 through 10, inclusive, | ) ) |
| 8                    Third-Party Defendants. | ) ) |

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

WHEREAS Defendant and Third-Party Plaintiff Sea Trade International, Inc. ("Sea Trade") and Third-Party Defendant COSCO Container Lines Americas, Inc. ("COSCO") hereby stipulate and request as follows:

That counsel for Sea Trade and COSCO are in the process of meeting and conferring and performing informal discovery in an effort to resolve certain issues of fact in this action. Accordingly, the parties have stipulated that COSCO receive an extension of time to and until April 29, 2008 to file and serve a response to Sea Trade's Third-Party Complaint.

DATED: April 8, 2008

/s/ Margaret A. DeGooyer
JOHN D. GIFFIN
MARGARET A. DEGOOYER
KEESAL, YOUNG & LOGAN
Attorneys for Third-Party Defendant
COSCO Container Lines Americas, Inc.

DATED: April 8, 2008

ANDREW D. KEHAGIARAS
ROBERTS & KEHAGIARAS LLP
Attorneys for Defendants and Third-Party Plaintiff
SEA TRADE INTERNATIONAL, INC.

///

1  Good cause appearing, IT IS SO ORDERED.

2

3  DATED: April 14, 2008



Magistrate Judge Elizabeth D. Laporte