**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
5777 West Century Boulevard, Suite 1410
Los Angeles, CA  90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant and third-party plaintiff
SEA TRADE INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEA TRADE INTERNATIONAL, INC., <br><br> Defendant. <br>_____ <br> SEA TRADE INTERNATIONAL, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; UNION PACIFIC RAILROAD COMPANY; and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | **Case No. CV 07 5848 EDL** <br><br> **STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

---

**TO THE HONORABLE COURT:**

COME NOW plaintiff Sompo Japan Insurance, Inc., defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade") and third-party defendant Union Pacific Railroad Company ("UP"), and further to an agreement among the parties, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal, without prejudice, of Sea Trade's third-party complaint against UP in the above captioned action.  The parties each agree to bear their own costs and fees that arise out of, or are in any way connected to, Sea Trade's third-party complaint.

Dated: March 31, 2008          **ROBERTS & KEHAGIARAS LLP**

                               By: _____
                               Andrew D. Kehagiaras
                               Attorneys for defendant and third-party plaintiff SEA TRADE INTERNATIONAL, INC.

Dated: March 31, 2008          **LAW OFFICES OF LESLIE G. McMURRAY**

                               By: _____
                               Leslie G. McMurray
                               Attorneys for third-party defendant UNION PACIFIC RAILROAD COMPANY

Dated: March 31, 2008          **BULLIVANT HOUSER BAILEY PC**

                               By: _____
                               Marilyn Raia
                               Attorneys for plaintiff SOMPO JAPAN INSURANCE, INC.

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

**TO THE HONORABLE COURT:**

COME NOW plaintiff Sompo Japan Insurance, Inc., defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade") and third-party defendant Union Pacific Railroad Company ("UP"), and further to an agreement among the parties, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal, without prejudice, of Sea Trade's third-party complaint against UP in the above captioned action. The parties each agree to bear their own costs and fees that arise out of, or are in any way connected to, Sea Trade's third-party complaint.

Dated: March 31, 2008          **ROBERTS & KEHAGIARAS LLP**

                               By: _____
                                   Andrew D. Kehagiaras
                                   Attorneys for defendant and
                                   third-party plaintiff SEA TRADE
                                   INTERNATIONAL, INC.

Dated: March 31, 2008          **LAW OFFICES OF LESLIE G. McMURRAY**

                               By: _____/s/ Leslie G. McMurray_____
                                   Leslie G. McMurray
                                   Attorneys for third-party
                                   defendant UNION PACIFIC RAILROAD
                                   COMPANY

Dated: March 31, 2008          **BULLIVANT HOUSER BAILEY PC**

                               By: _____
                                   Marilyn Raia
                                   Attorneys for plaintiff
                                   SOMPO JAPAN INSURANCE, INC.

Z:\Sea Trade\Bremen Bridge\Stip Re UP Dismissal Without P.doc          STIPULATION RE: VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COME NOW plaintiff Sompo Japan Insurance, Inc., defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade") and third-party defendant Union Pacific Railroad Company ("UP"), and further to an agreement among the parties, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal, without prejudice, of Sea Trade's third-party complaint against UP in the above captioned action. The parties each agree to bear their own costs and fees that arise out of, or are in any way connected to, Sea Trade's third-party complaint.

Dated: March 31, 2008        **ROBERTS & KEHAGIARAS LLP**

                             By: _____
                             Andrew D. Kehagiaras
                             Attorneys for defendant and
                             third-party plaintiff SEA TRADE
                             INTERNATIONAL, INC.


Dated: March 31, 2008        **LAW OFFICES OF LESLIE G. McMURRAY**

                             By: _____
                             Leslie G. McMurray
                             Attorneys for third-party
                             defendant UNION PACIFIC RAILROAD
                             COMPANY

Dated: April 14, 2008        **BULLIVANT HOUSER BAILEY PC**

                             By: _____
                             Marilyn Raia
                             Attorneys for plaintiff
                             SOMPO JAPAN INSURANCE, INC.

Z:\Sea Trade\Bremen Bridge\Stip Re UP Dismissal Without P.doc    STIPULATION RE: VOLUNTARY DISMISSAL