UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INSURANCE INC.

        Plaintiff(s),

   v.

SEA TRADE INTERNATIONAL, INC.

        Defendant(s).

No. C 07-5848 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 16, 2008

Signature

Counsel for Def. Sea Trade Int'l, Inc.
(Plaintiff, Defendant or indicate "pro se")