1 | **ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
2 | cwr@tradeandcargo.com
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
3 | adk@tradeandcargo.com
5777 West Century Boulevard, Suite 1410
4 | Los Angeles, CA  90045
Telephone: (310) 642-9800
5 | Facsimile: (310) 868-2923

6 | Attorneys for defendant and third-party plaintiff
SEA TRADE INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., | **Case No. CV 07 5848 EDL** |
| Plaintiff, | **SEA TRADE INTERNATIONAL, INC.'S REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SEA TRADE INTERNATIONAL, INC., | [L.R. 16-10] |
| Defendant. | |
| SEA TRADE INTERNATIONAL, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; UNION PACIFIC RAILROAD COMPANY; and ROES 1 through 10, inclusive, | |
| Third-Party Defendants. | |

**ROBERTS & KEHAGIARAS LLP**
www.tradeandcargo.com

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade"), under Local Rule 16-10, respectfully requests the Court's permission to appear by telephone at the Initial Case Management Conference of April 29, 2008. Sea Trade's undersigned counsel's office is in Los Angeles and he wishes to avoid the costs of attending the aforementioned conference in San Francisco.

Dated: April 16, 2008         **ROBERTS & KEHAGIARAS LLP**

By: _____
Andrew D. Kehagiaras
Attorneys for defendant
and third-party plaintiff
SEA TRADE INTERNATIONAL, INC.

Z:\Sea Trade\Bremen Bridge\Request Re Tel Appearance-ii.doc         REQUEST TO APPEAR BY TELEPHONE

**ROBERTS & KEHAGIARAS LLP**
www.tradeandcargo.com