IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE, | No. C-07-05848 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| SEA TRADE INTERNATIONAL INC, | |
| Defendant. | |

On April 16, 2008, Defendant Sea Trade's counsel requested to appear by telephone at the Case Management Conference on April 29, 2008. Good cause appearing, counsel's request is granted. Counsel shall contact the Court's courtroom deputy at 415-522-3694 no later than April 25, 2008 with a number for the Court to call on April 29, 2008. Counsel shall remain available by telephone beginning at 10:00 a.m. until called by the Court.

**IT IS SO ORDERED.**

Dated: April 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge