UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INSURANCE,

    Plaintiff,

v.

SEA TRADE INTERNATIONAL, INC.,

    Defendant.
_____/

No. C07-05848  EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference scheduled for April 29, 2008 has been continued to **June 10, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Any updates to the parties' joint case management statement shall be filed no later than June 3, 2008.

Dated: April 22, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy