AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

SOMPO JAPAN INSURANCE, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V DEFENDANT AND THIRD PARTY PLAINTIFF

SEA TRADE INTERNATIONAL, INC.,

CASE NUMBER: CV 07 5848 EDL

V. THIRD PARTY DEFENDANT

See attached.

TO: (Name and address of defendant)

See attached.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY, (name and address)

Marilyn Raia, SBN 072320
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108

DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address)

Andrew D. Kehagiaras, SBN 207767
ROBERTS & KEHAGIARAS LLP
5777 West Century Boulevard, Suite 1410
Los Angeles, CA 90045

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**

CLERK

APR 23 2008

DATE

T. DE LA NEDO

(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the third-party defendant. Place where served:

☐    Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and complaint were left:

☐    Returned unexecuted

☐    Other *(specify)*.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
           Date                               Signature of Server

                                                   _____
                                                   Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# THIRD-PARTY SUMMONS IN A CIVIL ACTION
# ATTACHMENT

## THIRD PARTY DEFENDANTS:

EDGMON & SONS TRUCKING, LLC.; COSCO CONTAINER LINES CO., LTD.;
COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS)
INC.; INTERMODAL BRIDGE TRANSPORT, INC.; and ROES 1 through 10, inclusive

## TO: (Name and address of defendant)

COSCO CONTAINER LINES CO., LTD.
100 Lighting Way
Secaucus, NJ 07094


COSCO CONTAINER LINES AMERICAS, INC.
100 Lighting Way
Secaucus, NJ 07094


COSCO LOGISTICS (AMERICAS) INC.
100 Lighting Way
Secaucus, NJ 07094


INTERMODAL BRIDGE TRANSPORT, INC.
100 Lighting Way
Secaucus, NJ 07094

EDGMON & SONS TRUCKING LLC
Simeal Edgmon
7808 S. 207th Ct.
Kent, WA 98032