1  Marilyn Raia, SBN 072320
   E-Mail: marilyn.raia@bullivant.com
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC., | Case No.: C07-05848 EDL |
| Plaintiff, | (~~PROPOSED~~) [USAB] ORDER RE TELEPHONIC APPEARANCE AT MEDIATION SESSION |
| vs. | |
| SEA TRADE INTERNATIONAL INC., | |
| Defendant. | |

Good cause appearing therefor, in accordance with Local Rule ~~4-9~~ ADR 6.9 (d), it is hereby ordered that plaintff, Sompo Japan Insurance, Inc. may appear at the mediation session currently scheduled for May 29, 2008 before Mathew Vafidis by telephone standby.

DATED: 5/7/08

_Wayne D. Brazil_
United States Magistrate Judge

10549995.1

— 1 —

(PROPOSED) ORDER RE TELEPHONIC APPEARANCE AT MEDIATION SESSION