**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
5777 West Century Boulevard, Suite 1410
Los Angeles, CA  90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant and third-party plaintiff
SEA TRADE INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEA TRADE INTERNATIONAL, INC.,<br><br>　　　　Defendant.<br>_____<br>SEA TRADE INTERNATIONAL, INC.,<br><br>　　　　Third-Party<br>　　　　Plaintiff,<br><br>　vs.<br><br>COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; EDGMON & SON TRUCKING LLC; and ROES 1 through 10, inclusive,<br><br>　　　　Third-Party<br>　　　　Defendants. | Case No. CV 07 5848 EDL<br><br>[~~PROPOSED~~] *WDB* ORDER RE: PARTICIPATION BY TELEPHONE BY SEA TRADE INTERNATIONAL, INC.'S INSURER'S REPRESENTATIVE AT MEDIATION<br><br>[ADR L.R. 6-9(d)] |

1  The Court, having reviewed and considered Sea Trade
2  International, Inc.'s ("Sea Trade") counsel's letter to the
3  Court under ADR Local Rule 6-9(d), and finding that good cause
4  exists, hereby orders that Sea Trade's insurer's representative
5  may participate by telephone at the mediation of May 29, 2008.

7  IT IS SO ORDERED.

9  Dated: May 12, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Z:\Sea Trade\Bremen Bridge\Proposed Order re Tel Participation.doc

[PROPOSED] ORDER RE: TEL. PARTICIPATION AT MEDIATION