IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE, | No. C-07-05848 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| SEA TRADE INTERNATIONAL INC, | |
| Defendant. | |

On May 16, 2008, Defendant and third party Plaintiff Sea Trade's counsel requested to appear by telephone at the Further Case Management Conference on June 10, 2008. Good cause appearing, counsel's request is granted. Counsel shall contact the Court's courtroom deputy at 415-522-3694 no later than June 6, 2008 with a number for the Court to call on June 10, 2008. Counsel shall remain available by telephone beginning at 10:00 a.m. until called by the Court.

**IT IS SO ORDERED.**

Dated: May 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge