1  JOHN D. GIFFIN, CASB NO. 89608
   MARGARET A. DEGOOYER, CASB NO. 234839
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
4  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
5
   Attorneys for Third-Party Defendant
6  COSCO CONTAINER LINES CO., LTD.
   COSCO CONTAINER LINES AMERICAS, INC.
7

8                  UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 SOMPO JAPAN INSURANCE, INC.,            ) Case No. 07 CV 5848 EDL
                                           )
12              Plaintiff,                 )
                                           )
13       vs.                               ) [PROPOSED] ORDER REGARDING
                                           ) PARTICIPATION BY TELEPHONE BY
14 SEA TRADE INTERNATIONAL, INC.,          ) COSCO CONTAINER LINES CO., LTD.
                                           ) AND COSCO CONTAINER LINES
15              Defendant.                 ) AMERICAS, INC.'S REPRESENTATIVE
                                           ) AND INSURER'S REPRESENTATIVE AT
16                                         ) MEDIATION
                                           )
17 SEA TRADE INTERNATIONAL, INC.,          )
                                           )
18                                         )
                                           )
19              Third-Party Plaintiff,     )
                                           )
20       vs.                               )
                                           )
21 COSCO CONTAINER LINES CO., LTD.;        )
   COSCO CONTAINER LINES AMERICAS,         )
22 INC.; COSCO LOGISTICS (AMERICAS),       )
   INC.; INTERMODAL BRIDGE                 )
23 TRANSPORT, INC.; EDGMOM & SON           )
   TRUCKING LLC; and ROES 1 through 10,    )
24 inclusive,                              )
                                           )
25              Third-Party Defendants.    )
                                           )

26

27       Having considered the Request to be Excused from Attendance at Mediation of Third

28 Party Defendants COSCO CONTAINER LINES CO., LTD. and COSCO CONTAINER LINES

   AMERICAS, INC. ("Cosco") and finding good cause to have been shown, the Court now ORDERS:
                                      - 1 -
                                                                              KYL_SF462431
   [PROPOSED] ORDER RE TELEPHONE PARTICIPATION AT MEDIATION - CASE NO. 07 CV 5848 EDL

The Request to be Excused from Attendance at Mediation of COSCO is granted. A representative of COSCO and COSCO's insurance representative may participate by telephone at the mediation on May 29, 2008.

IT IS SO ORDERED.

Dated: 5/20, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge