| Attorney or Party without Attorney: <br> ANDREW D. KEHAGIARAS ESQ., Bar #207767 <br> ROBERTS & KEHAGIARAS LLP <br> 5777 WEST CENTURY BLVD. <br> STE 1410 <br> Westchester, CA 90045 <br> Telephone No: 310-642-9800    FAX No: 310-868-2923 <br> Attorney for: Defendant | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> SEA TRADE/ BREMEN DRIDGE |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Califronia

Plaintiff: SOMPO JAPAN INSURANCE, INC.
Defendant: SEA TRADE INTERNATIONAL, INC.

| PROOF OF SERVICE <br> THIRD-PARTY SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV075848EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the THIRD-PARTY SUMMONS; Attachment;sea Trade International, Inc.'s First Amended Third Party Complaint;clerks Notice;standing Order;standing Order Re Case Management Conference.

3. a. Party served:  EDGMON & SONS TRUCKING LLC
   b. Person served: MARY AUSTIN, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:  11950 AVIATION BLVD
   Inglewood, CA 90304

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 8:50AM

7. *Person Who Served Papers:*
   a. PRADIP KISSOONDYAL

   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 5420
      (iii) County: Los Angeles
      (iv) Expiration Date: Mon, Sep. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Fri, May. 09, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
THIRD-PARTY SUMMONS

(PRADIP KISSOONDYAL)
648290.robertak.3115