Marilyn Raia, SBN 072320
E-Mail: marilyn.raia@bullivant.com
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Sompo Japan Insurance Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC. | Case No.: C 07-05848 EDL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SEA TRADE INTERNATIONAL INC., | |
| Defendant. | |

Plaintiff Sompo Japan Insurance, Inc. hereby notifies the Court that this matter has settled. The parties are in the process of preparing the settlement agreement and release and arranging for payment of the settlement funds. It is expected that a dismissal will be filed within forty-five days.

DATED: June 4, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia

Attorneys for Plaintiff

10597831.1

– 1 –
NOTICE OF SETTLEMENT