1  **ROBERTS & KEHAGIARAS LLP**
   CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
2  cwr@tradeandcargo.com
   ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
3  adk@tradeandcargo.com
   5777 West Century Boulevard, Suite 1410
4  Los Angeles, CA  90045
   Telephone: (310) 642-9800
5  Facsimile: (310) 868-2923

6  Attorneys for defendant and third-party plaintiff
   SEA TRADE INTERNATIONAL, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., | **Case No. CV 07 5848 EDL** |
| Plaintiff, | **NOTICE RE: VOLUNTARY DISMISSAL** |
| vs. | [Fed. R. Civ. P. 41(a)(1)(A)(i), 41(c)] |
| SEA TRADE INTERNATIONAL, INC., | |
| Defendant. | |
| SEA TRADE INTERNATIONAL, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| COSCO CONTAINER LINES CO., LTD.; COSCO CONTAINER LINES AMERICAS, INC.; COSCO LOGISTICS (AMERICAS) INC.; INTERMODAL BRIDGE TRANSPORT, INC.; EDGMON & SON TRUCKING LLC; and ROES 1 through 10, inclusive, | |
| Third-Party Defendants. | |

1

Z:\Sea Trade\Bremen Bridge\Notice Re Dismissal Without P.doc     NOTICE RE: VOLUTARY DISMISSAL

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

COMES NOW defendant and third-party plaintiff Sea Trade International, Inc. ("Sea Trade") and under Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, voluntarily dismisses, without prejudice, its first amended third-party complaint, *only* as to third-party defendant Edgmon & Son Trucking LLC

Edgmon has not filed and served a responsive pleading, and accordingly, Sea Trade may voluntarily dismiss its first amended third-party complaint as to Edgmon under Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure.

Dated: June 4, 2008                **ROBERTS & KEHAGIARAS LLP**

By: _____
Andrew D. Kehagiaras
Attorneys for defendant and third-party plaintiff SEA TRADE INTERNATIONAL, INC.