1  Marilyn Raia, SBN 072320
   Bullivant Houser Bailey PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  E-Mail: marilyn.raia@bullivant.com

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 SOMPO JAPAN INSURANCE INC.,           Case No.: C07-05848 EDL

12            Plaintiff,                 **STIPULATION RE DISMISSAL AND
                                         (PROPOSED) ORDER**
13      vs.

14 SEA TRADE INTERNATIONAL INC.,

15            Defendant.

16

17      It hereby stipulated by and between the parties as follows:

18      1. This action has settled in its entirety.

19      2. The action may be dismissed in its entirety with prejudice, each party to bear its own

20         costs and attorneys fees on the condition that if any party certifies to the court within

21         ninety days of the date of the entry of the dismissal that the settlement has not be

22         consummated, the dismissal will be vacated and the matter will be restored to the

23         Court's calendar.

24 DATED: June 13, 2008              BULLIVANT HOUSER BAILEY PC

25

26                                   By *[signature]*
                                        Marilyn Raia
27                                      Attorney for Sompo Japan Insurance Inc.

28

---

10611223.1                          – 1 –
                            STIPULATION RE DISMISSAL

1  DATED: June 13, 2008             ROBERTS & KEHAGIARS LLP
2
3                                    By _____
                                        Andy Kehagiaras
4                                    Attorney for Sea Trade International Inc.
5
6  DATED: June ___, 2008             KEESAL, YOUNG & LOGAN
7
8                                    By _____
                                        John Griffin
9                                    Attorney for Cosco Container Lines Co., Ltd and
                                     Cosco Container Lines Americas, Inc.
10
11 SO ORDERED:
12
13 DATED:
                                     _____
14                                   United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

106112231                    2
                    STIPULATION RE DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: June ___, 2008 | ROBERTS & KEHAGIARS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Andy Kehagiaras<br>Attorney for Sea Trade International Inc. |

DATED: June 23, 2008    KEESAL, YOUNG & LOGAN

By *Anne Moriarty*
John Griffin
Annie Moriarty
Attorney for Cosco Container Lines Co., Ltd and
Cosco Container Lines Americas, Inc.

SO ORDERED:

DATED:

_____
United States Magistrate Judge