UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INSURANCE INC.

    Plaintiff(s),

v.

SEA TRADE INTERNATIONAL INC.

    Defendant(s).

No. C 07-05848 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 25, 2008

John Giffin/Anne Moriarty

*/s/ Anne Moriarty*
Signature

Counsel for **Defendants**
(Plaintiff, Defendant or indicate "pro se")
Cosco Container Lines Co., Ltd.
and Cosco Container Lines Americas Inc.

NDC-07