Marilyn Raia, SBN 072320
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: marilyn.raia@bullivant.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEA TRADE INTERNATIONAL INC., <br><br> Defendant. | Case No.: C07-05848 EDL <br><br> **STIPULATION RE DISMISSAL AND (PROPOSED) ORDER** |

It hereby stipulated by and between the parties as follows:

1. This action has settled in its entirety.

2. The action may be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys fees on the condition that if any party certifies to the court within ninety days of the date of the entry of the dismissal that the settlement has not be consummated, the dismissal will be vacated and the matter will be restored to the Court's calendar.

DATED: June 13, 2008            BULLIVANT HOUSER BAILEY PC

                                By /s/ Marilyn Raia
                                   Marilyn Raia
                                   Attorney for Sompo Japan Insurance Inc.

10611223.1                      – 1 –
                        STIPULATION RE DISMISSAL

```
 1  DATED: June 13, 2008              ROBERTS & KEHAGIARS LLP
 2
 3                                    By _____
                                         Andy Kehagiaras
 4                                    Attorney for Sea Trade International Inc.
 5
 6  DATED: June ___, 2008             KEESAL, YOUNG & LOGAN
 7
 8                                    By _____
                                         John Griffin
 9                                    Attorney for Cosco Container Lines Co., Ltd and
                                      Cosco Container Lines Americas, Inc.
10
11  SO ORDERED:
12
13  DATED:
14                                    _____
                                      United States Magistrate Judge
15
...
28
```

10611223.1                            2
STIPULATION RE DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: June ___, 2008 | ROBERTS & KEHAGIARS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Andy Kehagiaras<br>Attorney for Sea Trade International Inc. |
| 5 | | |
| 6 | DATED: June 23, 2008 | KEESAL, YOUNG & LOGAN |
| 7 | | By *Anne Moriarty* |
| 8 | | John Griffin<br>Annie Moriarty |
| 9 | | Attorney for Cosco Container Lines Co., Ltd and<br>Cosco Container Lines Americas, Inc. |
| 10 | | |
| 11 | SO ORDERED: | |
| 12 | | |
| 13 | DATED: June 27, 2008 | |
| 14 | | _____ Judge |
| 15 | | IT IS SO ORDERED<br>*Elizabeth D. Laporte*<br>Judge Elizabeth D. Laporte |

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)